IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS ADRIAN ESCALANTE-GONZALEZ,

    Petitioner,

v.                                                                   No. 20-cv-1323 RB-KBM
                                                                                  No. 20-cr-1397 RB-KBM

UNITED STATES OF AMERICA,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed October 24, 2022. (*See* Doc. 15.) In the PFRD, the Magistrate Judge recommended that Petitioner's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 1) be denied and this case be dismissed with prejudice. (Doc. 15 at 5.) The parties were notified that written objections to the PFRD were due within fourteen days. (*Id*.) No objections have been filed, and the deadline of November 10, 2022, has passed. The recommendations of the Magistrate Judge are therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Vacate under 28 U.S.C. § 2255, (Doc. 1), is **DENIED** and this case is **DISMISSED WITH PREJUDICE**.

                                                                     _____
                                                                     ROBERT C. BRACK
                                                                     SENIOR U.S. DISTRICT JUDGE